1

2

3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2025

SEAN F. McAVOY, CLERK

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

8

9

10

11

12

13

14

| | |
|---|---|
| AMANDA CHEYENE NARANJO,<br><br>               Plaintiff,<br><br>   v.<br><br>FRANKLIN COUNTY<br>CORRECTIONS CENTER,<br>LOURDES MEDICAL CENTER,<br>ANITA ALAYA RUIZ and ALMA<br>BAHEMA PINEDA,<br><br>           Defendants. | NO:  4:24-CV-05138-RLP<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS |

15      Plaintiff Amanda Cheyene Naranjo, an individual incarcerated at the

16  Washington Corrections Center for Women in Gig Harbor, Washington, filed this

17  *pro se* civil rights complaint on October 30, 2024. ECF No. 1. She did not pay the

18  filing fee to commence this action as required by 28 U.S.C. § 1914. She also failed

19  to comply with 28 U.S.C. § 1915(a)(2), which requires prisoners who seek to bring a

20  civil action without prepayment of the filing fee to submit a certified copy of their

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING
FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 1

1  inmate account statement (or the institutional equivalent) for the six months

2  immediately preceding the filing of the complaint.

3      By letter dated October 31, 2024, the Clerk of Court directed Plaintiff to

4  submit a certified statement of her inmate account (or institutional equivalent) for

5  the six months immediately preceding the submission of her complaint on October

6  30, 2024. ECF No. 3. In the alternative, the Clerk of Court directed Plaintiff to pay

7  the full $405.00 filing fee ($350.00 statutory filing fee, plus $55. 00 administrative

8  fee) to commence this action. *Id.*

9      On December 3, 2024, the Court issued an Order to Comply with Filing

10  Fee/*In Forma Pauperis* Requirements. ECF No. 4. Plaintiff was ordered to provide a

11  certified copy of her six-month inmate trust account statement (or institutional

12  equivalent) for the period immediately preceding October 30, 2024. *Id.* at 2. In the

13  alternative, Plaintiff was instructed to pay the full $405.00 filing fee. *Id.* Plaintiff

14  was cautioned that her failure to comply with the Order within thirty (30) days

15  would result in the dismissal of this case. *Id.* Plaintiff did not comply with these

16  directives and has filed nothing further in this action.

17      Accordingly, **IT IS ORDERED**:

18  **1.**    For the reasons set forth above, and in the December 3, 2024, Order,

19  ECF No. 4, this action is **DISMISSED WITHOUT PREJUDICE** for failure to

20  comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING
FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 2

1914 and 1915.

2.     The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, **enter judgment,** provide copies to Plaintiff, and **CLOSE** the file.

**DATED** January 3, 2025.

*s/Rebecca L. Pennell*
REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING
FEE/*IN FORMA PAUPERIS* REQUIREMENTS -- 3